# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/08/2024

March 8, 2024

<u>VIA CM/ECF</u>
Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007-1312

    Re: Velasquez v. Vivi Bubble Tea Inc., et al.
      Case 1:22-cv-08592-DEH-KHP

Dear Judge Parker:

 The undersigned represents the Plaintiff in the above-captioned matter. <u>The Initial Pretrial Conference in this matter is currently scheduled for March 12, 2024, at 11:30 a.m., in your Honor's Courtroom.  However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State.  In order to allow the parties adequate time to contact the undersigned, hire an attorney and engage in early settlement discussions, while affording additional time for the defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.</u>  Plaintiff will be striving to contact the Defendants to solicit their attention ontoward their appearance regarding this lawsuit.

 Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
  B. Bradley Weitz, Esq. (BW9365)
  THE WEITZ LAW FIRM, P.A.
  Attorney for Plaintiff
  Bank of America Building
  18305 Biscayne Blvd., Suite 214
  Aventura, Florida 33160
  Telephone: (305) 949-7777
  Facsimile:  (305) 704-3877
  Email: bbw@weitzfirm.com

---

**APPLICATION GRANTED:**  The Case Management Conference scheduled for Tuesday, March 12, 2024, at 11:30 a.m. in Courtroom 17D, U.S. Courthouse, 500 Pearl Street, New York, NY is hereby rescheduled to Tuesday, May 7, 2024 at 10:00 a.m. Plaintiff is directed to serve a copy of this endorsement on the Defendants.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

03/08/2024