# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

April 30, 2024

**VIA CM/ECF**
Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __05/01/2024__

**MEMO ENDORSED**

> Re:   **Velasquez v. 14th Street Bubble Tea Shop Inc., d/b/a Vivi Bubble Tea., et al.**
>        **Case 1:22-cv-08592-DEH-KHP**

Dear Judge Parker:

The undersigned represents the Plaintiff in the above-captioned matter. The Initial Pretrial Conference in this matter is currently scheduled for May 7, 2024, at 10:00 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State again recently. They were also served personally. In order to allow the parties adequate time to contact the undersigned, hire an attorney and engage in early settlement discussions, while affording additional time for the Defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court. Plaintiff has sent a courtesy copy of the Summons and Complaint by courier to the Defendants in order to solicit Defendants' attention regarding this lawsuit. Plaintiff through his counsel has also emailed a courtesy copy of the Summons and Complaint to the management company for the Landlord/Defendants 230 East 14th Street LLC, and has requested them to contact the undersigned regarding this lawsuit. They had initially responded requesting the Complaint, that was forwarded to them, but have not since heard from them. We are anticipating hearing from them.

Thank you for your consideration of this 2nd adjournment request.

**APPLICATION GRANTED: The Case Management Conference scheduled for Tuesday, May 7, 2024 at 10:00 a.m. in Courtroom 17D, U.S. Courthouse, 500 Pearl Street, New York, NY is hereby rescheduled to Wednesday, June 26, 2024 at 2:30 p.m. Plaintiff is directed to serve a copy of this endorsement on the Defendants.**

Sincerely,

By: /S/  B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.

**05/01/2024**