

**Scott D. Simon, Esq.**
ssimon@goetzfitz.com

June 20, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/21/2024

**MEMO ENDORSED**

VIA CM/ECF

Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York 500 Pearl Street, Courtroom 17D
New York, NY 10007-1312

      Re:    Velasquez v. 14th Street Bubble Tea Shop Inc., d/b/a Vivi Bubble Tea., et al.
               Case 1:22-cv-08592-DEH-KHP

Dear Judge Parker:

We represent defendant 230 East 14th Street LLC ("Landlord") in the above-captioned matter. By this letter motion, we seek an adjournment of the Initial Pretrial Conference, which is currently scheduled for June 26, 2024 at 2:30 p.m.

As Plaintiff's counsel wrote in his letter motion dated April 30, 2024 (ECF No. 51), Landlord was only recently served with this lawsuit and only recently hired my firm as attorneys. Moreover, for the first time today, June 20, 2024, Plaintiff's counsel spoke with me by phone about a potential early settlement.

Under the Court's Order dated June 5, 2024 (ECF No. 56), Landlord's time to respond to the Complaint is extended until July 6, 2024. Therefore, Landlord respectfully requests that the Initial Pretrial Conference be adjourned for 45 days to allow Landlord to respond or, ideally, resolve the case without further burdening the Court.

This is Landlord's first request to adjourn the Initial Pretrial Conference. Thank you for your consideration of this extension request.

**APPLICATION GRANTED:** The Case Management Conference scheduled for Wednesday, June 26, 2024 at 2:30 p.m in Courtroom 17D, U.S. Courthouse, 500 Pearl Street, New York, NY is hereby rescheduled to Wednesday, August 14, 2024 at 10:30 a.m.

APPLICATION GRANTED

*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
06/21/2024

Respectfully submitted,

GOETZ FITZPATRICK LLP
*Attorneys for 230 East 14th Street LLC*

By: _____
     Scott D. Simon, Esq.
     One Penn Plaza, Suite 3100
     New York, New York 10119
     (914) 500-8737
     ssimon@goetzfitz.com

☑ One Penn Plaza | Suite 3100
New York, NY 10119
T: 212.695.8100
F: 212.629.4013

☐ 105 Eisenhower Parkway | #401
Roseland, NJ 07068
T: 201.612.4444
F: 973.226.0031

goetzfitz.com